IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALPHONSO MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number CIV-10-866-C |
| ) | |
| KNIGHT PROTECTIVE SERVICE, INC., ) | |
| and WILLIAM THOMPSON, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Defendant Knight Protective Service, Inc.'s, Motion to Strike Plaintiff's Exhibits Nos. 2 and 10, in which Defendants complain that Exhibit Nos. 2 & 10 do not specifically identify the actual documents Plaintiff intends to use. Rather, they merely list broad categories of documents, such as the EEOC investigative file or all medical records regarding Plaintiff received from the Jim Taliaferro Community Mental Health Center. By Order dated August 25, 2011, the Court extended the parties' deadlines to produce final witness and exhibit lists and the Court will find the present motion moot, expecting that the parties can resolve their dispute prior to the new filing date.

Accordingly, Defendant Knight Protective Service, Inc.'s, Motion to Strike Plaintiff's Exhibits Nos. 2 and 10 (Dkt. No. 42) is stricken as moot.

IT IS SO ORDERED this 27th day of October, 2011.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge